IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                            )<br>            Plaintiff,                     )<br>                                                            )<br>    vs.                                             )<br>                                                            )<br>RAUL VERDUGO, JR.,              )<br>ROCKY VERDUGO,                    )<br>KEVIN W. ADKINS, and           )<br>JOSEPH M. HUSS,                    )<br>                                                            )<br>            Defendants.              ) | 8:14CR156<br><br>ORDER |

This matter is before the court on the motion for an extension of time by defendant Kevin W. Adkins (Adkins) (Filing No. 35). Adkins seeks an extension of thirty days in which to file pretrial motions in accordance with the progression order (Filing No. 12). Adkins has filed an affidavit wherein he consents to the motion and acknowledges he understand the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 36). It is represented that government's counsel has no objection to the motion. Upon consideration, the motion will be granted and the **pretrial motion deadline will be extended as to all defendants**.

**IT IS ORDERED:**

Defendant Adkins' motion for an extension of time (Filing No. 35) is granted. All defendants are given until **on or before July 31, 2014,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **June 18, 2014, and July 31, 2014**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 18th day of June, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge