IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RAUL VERDUGO,<br><br>　　　　　Defendant. | 8:14CR156<br><br>**ORDER** |

This matter comes on before the Court upon the United States' Motion to Amend Preliminary Order of Forfeiture ([Filing No. 174](#)). The Court finds said Motion should be sustained.

IT IS ORDERED

1. The Court's Preliminary Order of Forfeiture ([Filing No. 144](#)) is amended to forfeit the Defendant's interest in only the following-described weapons and magazines: a Savage 17HMR rifle Model 93R with four magazines, serial number 0893690, a DPMS .223 5.56mm Model A-15 rifle with four magazines, serial number F159826, a Marlin 925R .22 caliber rifle with two magazines, serial number 93627477, and a Springfield XD .45 caliber semi-automatic pistol with two magazines, serial number XD652291.

2. The Drug Enforcement Administration shall provide written notice to the Defendant of his ability to retrieve the following items:

　　Two photo memory cards,

　　a "Quick Notes" notebook,

1

a gray, HP laptop computer, Pavilion G7 serial number 584037-001,

miscellaneous paperwork and camera photo card,

an LG Metro PCS cell phone, slide phone and two digital memory cards,

a Metro PCS cell phone,

a US Cellular phone bill,

an ACER laptop computer, serial number 00196-116-334-710, and

a mac mini Apple computer.

3. All other provisions of the Preliminary Order of Forfeiture dated March 23, 2105 ([Filing No. 144](Filing No. 144)) remain in full force and effect.

ORDERED this 7th day of March, 2016.

BY THE COURT:

   s/ Joseph F. Bataillon_____
Joseph F. Bataillon
Senior United States District Court Judge