IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:14CR156 |
|---|---|
| Plaintiff, | |
| vs. | **FINAL ORDER OF FORFEITURE** |
| RAUL VERDUGO, | |
| Defendant. | |

This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 176). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On March 23, 2015, this Court entered a Preliminary Order of Forfeiture (Filing No. 144) forfeiting the Defendant's interest in the properties mentioned therein. On March 7, 2016, this Court entered an Order (Filing No. 175) amending the Preliminary Order of Forfeiture such that it forfeited the Defendant's interest in four firearms and related magazines and directed the Drug Enforcement Administration to notify Raul Verdugo of his ability to retrieve certain the personal property in the Drug Enforcement Administration's custody. All other provisions of the Preliminary Order of Forfeiture remained in full force and effect.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on July 10, 2015, as required by Rule G(4)(a)(v)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on January 29, 2016 (Filing No. 173).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the following properties held by any person or entity are hereby forever barred and foreclosed: a Savage 17HMR rifle Model 93R with four magazines, serial number 0893690, a DPMS .223 5.56mm Model A-15 rifle with four magazines, serial number F159826, a Marlin 925R .22 caliber rifle with two magazines, serial number 93627477, and a Springfield XD .45 caliber semi-automatic pistol with two magazines, serial number XD652291.

C. The Drug Enforcement Administration shall provide written notice to Raul Verdugo of his ability to retrieve the following items:

two photo memory cards,

a "Quick Notes" notebook,

a gray, HP laptop computer, Pavilion G7 serial number 584037-001,

miscellaneous paperwork and camera photo card,

an LG Metro PCS cell phone, slide phone and two digital memory cards,

a Metro PCS cell phone,

a US Cellular phone bill,

an ACER laptop computer, serial number 00196-116-334-710, and

a mac mini Apple computer.

D. The aforementioned firearms and magazines be, and the same hereby are, forfeited to the United States of America.

E. The United States is directed to dispose of said firearms and magazines in accordance with law.

DATED this 22nd day of March, 2016.

**BY THE COURT:**

 s/ Joseph F. Bataillon
**Senior United States District Judge**